UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

KENNETH T. AARON,

        Defendant.

Case No. CR08-426-RSL-4

**DETENTION ORDER**

Offense charged:

    Conspiracy to Commit Bank and Wire Fraud.

    Bank Fraud.

    Wire Fraud.

    Access Device Fraud.

    Aggravated Identity Theft.

Date of Detention Hearing: July 21, 2009.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

DETENTION ORDER -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has a lengthy and ongoing history of criminal activity similar to that charged in this matter;

(2) Defendant has a history of committing new offenses while on supervision;

(3) Defendant knew of an outstanding warrant from the State of Texas and avoided service;

(4) The weight of the evidence is substantial;

(5) Release of the defendant would pose a threat to the community of continuing to engage in identify theft and related activities.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel

///

///

///

DETENTION ORDER -2

for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 21st day of July, 2009.

                      ___/s/ J. Kelley Arnold_____
                      J. KELLEY ARNOLD
                      United States Magistrate Judge

DETENTION ORDER -3